BIRMINGHAM TRUST AND SAVINGS COMPANY, Respondent, *v.* PETER WHITNEY, Appellant.

*Birmingham Trust & S. Co.* v. *Whitney*, 95 App. Div. 280, affirmed.
(Argued October 26, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*J. Harry Hull* for appellant.

*Frederick P. James* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.